## UNITED STATES

### v.

### CLAIBORNE.

### No. 84-1294.

United States Court of Appeals, Ninth Circuit.

Feb. 10, 1986.

As Amended March 4, 1986.

PREGERSON, Circuit Judge, dissenting from the order denying hearing en banc:

Judges Ferguson and Reinhardt in their dissents raise a number of serious questions calling for en banc consideration. I voted to grant the en banc petition and feel constrained to dissent from our court's refusal to do so.